# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOROTHY ZOSKY,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:14-0795** |
| : | |
| v. : | |
| : | **(JUDGE MANNION)** |
| **PENNSYLVANIA DEPARTMENT OF** : | |
| **PUBLIC WELFARE,** : | |
| **Defendant** : | |

## O R D E R

In light of the memorandum issued this same day, defendant's motion to dismiss, (Doc. 11), is **GRANTED**. Plaintiff's ADEA claim against defendant is **DISMISSED WITHOUT PREJUDICE**. The plaintiff may file, on or before **July 11, 2014**, an amended complaint naming proper defendant(s) or bringing an appropriate action in State court.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 23, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0795-01-order.wpd